UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CHAD BLACKARD CIVIL ACTION

VERSUS NO. 12-704-SDD-RLB

LIVINGSTON PARISH SEWER DISTRICT

## JUDGMENT

For the written reasons assigned:

*Judgment* is hereby entered in favor of the Defendant, Livingston Parish Sewer District dismissing Plaintiff's case with prejudice.

**IT IS SO ORDERED.**

BATON ROUGE, Louisiana, this 12 day of September, 2013.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

Doc 324 15