# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

CHAD BLACKARD            CIVIL ACTION

VERSUS                    NO. 12-704-SDD-RLB

LIVINGSTON PARISH SEWER DISTRICT

## JUDGMENT

For the written reasons assigned:

*Judgment* is hereby entered in favor of the Defendant, Livingston Parish Sewer District dismissing Plaintiff's case with prejudice.

**IT IS SO ORDERED.**

BATON ROUGE, Louisiana, this 14 day of January, 2014.

*Shelly Dick*

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

Doc#771           22